Katrina HARRIS, Plaintiff-Appellant,

v.

Matthew SURVELL, Officer,
Defendant-Appellee,

and

Carroll County Detention Center;
Warden Hardin, Defendants.

No. 17-6974

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2018

Decided: February 16, 2018

Katrina Harris, Appellant Pro Se. Kevin Bock Karpinski, Sandra Diana Lee, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katrina Harris appeals the district court's order granting summary judgment in her 42 U.S.C. § 1983 (2012) suit for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Survell*, No. 1:16-cv-03070-GLR, 2017 WL 2719353 (D. Md. filed June 22, 2017, and entered June 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*